IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wise Sr, Lawrence G

Printed: 4/29/08

Case Number: 07 B 20921
Judge: Squires, John H
Filed: 11/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,740.00 |  |
| Secured: |  | 823.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 813.45 |
| Trustee Fee: |  | 103.53 |
| Other Funds: |  | 0.00 |
| Totals: | 1,740.00 | 1,740.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,900.00 | 813.45 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Howard & Angela Hisel | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 22,596.07 | 823.02 |
| 5. | Howard & Angela Hisel | Secured | 3,012.73 | 0.00 |
| 6. | America's Servicing Co | Secured | 21,422.03 | 0.00 |
| 7. | Internal Revenue Service | Priority | 5,153.39 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 78.54 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 0.92 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 5.08 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 6.02 | 0.00 |
| 12. | Pavement Maintenance | Unsecured | 37.81 | 0.00 |
| 13. | Nicor Gas | Unsecured | 4.13 | 0.00 |
| 14. | Great Lakes Bank NA | Unsecured |  | No Claim Filed |
| 15. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 16. | Village of Park Forest | Unsecured |  | No Claim Filed |
|  |  |  | $ 55,216.72 | $ 1,636.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.98 |
| 6.5% | 56.55 |
|  | $ 103.53 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wise Sr, Lawrence  G

Printed:  4/29/08

Case Number:  07 B 20921

Judge:  Squires, John H

Filed:  11/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

